UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

12 OCT 24  PM 3: 24

UNITED STATES OF AMERICA

v.

OMAR BETANCOURT
   a/k/a Omar Eriberto Betancourt
   a/k/a Anselno Betancourt
   a/k/a Omar Betoncourt
   a/k/a Omar Bettancourt

CASE NO. 8:12-cr- 445-T-26 TGW
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1) - forfeiture
28 U.S.C. § 2461(c) - forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 31, 2012, in Hillsborough County, in the Middle District of Florida, the defendant herein,

OMAR BETANCOURT,
a/k/a Omar Eriberto Betancourt,
a/k/a Anselno Betancourt,
a/k/a Omar Betoncourt,
a/k/a Omar Bettancourt,

having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, that is:

(1)     Possession of Narcotics, in the Fairfield Judicial District for the State of Connecticut, Case Number FBT-CR03-0189136-T, on or about October 14, 2004;

(2)     Assault 2nd Degree, in the Fairfield Judicial District for the State of Connecticut, Case Number FBT-CR03-0189100-T, on or about October 14, 2004;

(3) Leaving the Scene of an Injury Accident, in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case Number 05-CF-12931, on or about December 21, 2006;

(4) Possession of Cocaine, in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case Number 06-CF-10764, on or about December 21, 2006; and

(5) Lewd and Lascivious Battery, in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case Number 07-CF-01823, on or about June 2, 2010,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is: a Glock, model 23C, .40 caliber pistol, serial number SNH653, and thirteen rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violation alleged in Count One of this Indictment, the defendant,

OMAR BETANCOURT,
a/k/a Omar Eriberto Betancourt,
a/k/a Anselno Betancourt,
a/k/a Omar Betoncourt,
a/k/a Omar Bettancourt,

2

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to, a Glock, model 23C, .40 caliber pistol, serial number SNH653, and thirteen rounds of ammunition.

3. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with the other property which cannot be subdivided without difficulty,

the United States shall forfeit any other property belonging to the defendant, up to the value of the above forfeitable property, under the provisions of Title 21, United States Code, Section 853(p), which is incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
JOSEPHINE W. THOMAS
Assistant United States Attorney

By: _____
W. STEPHEN MULDROW
Assistant United States Attorney
Chief, General Crimes

4

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

OMAR BETANCOURT

## INDICTMENT

Violations:

18 U.S.C. § 922(g)(1)

A true bill,

*Patricia L. Alvin*
Foreperson

Filed in open court this 23RD day ~~24th~~

of October 2012.

Clerk

Bail  $